Dismissed

New Bedford Police Department
Incident Report

Page: 1
10/05/201

Ient #: 16-11287-OF
ll #: 16-81337

rted: 09/04/2016 2329
te/Time: 09/05/2016 0103
Status: Incident Closed By Arrest
Involves: Juveniles
Reporting Officer: Officer Matthew Rodrigues (1C-4000)
Assisting Officer: Officer Jonathan Alexandre (1C-4016)
Detective: Detective Paul Fonseca (5B-3901)
Approving Officer: Sergeant Jose Rita (3B-3776)

Signature: _____
Additional Cases: 16-2681-AR
16-2683-AR
16-2684-AR
16-2685-AR
16-2682-AR

Signature: _____

# SUSPECT(S)

| # | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | MATTHEWS-ALMEIDA, JACOB ISAAC<br>104 PECKHAM ST Apt. #2<br>NEW BEDFORD MA 02746 | M | B | 18 | NOT AVAIL | 508-993-3633 |

Military Active Duty: N
HEIGHT: 506         WEIGHT: 110        HAIR: BROWN        EYES: BROWN
BODY: SLIM                             COMPLEXION: MEDIUM
DOB: 04/30/1998                        PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: MA S10129763           ETHNICITY: NOT HISPANIC
PCF #: 00003190862                     LOCAL ID: 250240

_____ [CONTACT INFORMATION] _____

Home Phone          (Primary)     508-993-3633

_____ [APPEARANCE] _____

GLASSES WORN: NO

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB |
|---|---|---|---|---|
| MATTHEWS | JACOB | | NOT AVAIL | 04/30/1998 |
| ALMEIDA | JACOB | M | NOT AVAIL | 04/30/1998 |
| J CUPS | | | NOT AVAIL | NOT AVAIL |

Z+A.

New Bedford Police Department
NARRATIVE FOR OFFICER MATTHEW J RODRIGUES (1C-4000)
Ref: 16-11287-OF

Entered: 09/05/2016 @ 0110      Entry ID: 4000
Modified: 09/05/2016 @ 0707     Modified ID: 4000
Approved: 09/05/2016 @ 0742     Approval ID: 3898

---

Sir,

On the above date and time while assigned to unit 21C, I Officer Matthew Rodrigues along with my partner Officer Jonathan Alexandre were dispatched to the intersection of Potomska St. and S. Second St. on reports of a fight, which may have resulted in a male being stabbed.

While in route, Police Communications advised responding units that "Shot Spotter" had picked up three shots being fired in the area of S. Second St. and Rivet St. "Shot Spotter" is a Gunfire Detection System used in law enforcement to pinpoint a precise location of a shooter and a location. Responding Units were also advised that a small black sedan was witnessed fleeing the scene at a high rate of speed. A possible partial registration for the motor vehicle was "4GJ" last seen north on Route 18. (See Officer Dennis Morris' Supplement Report)

As we arrived on scene at the intersection of S. Second St. and Rivet St. Unit 24C Officer Michael Doyle had just arrived and was in the process of searching the area. As we began to search, we could smell a strong odor of gun powder. Officer Michael Doyle located a spent shell casing in the middle of the intersection.

With the assistance of Unit 22C Officer Jose Lebron and Unit 23A Officer Jason Viera the intersection was blocked off and a thorough search was conducted. We were able to locate three spent shell casings at the scene which were conned off until Detectives arrived on scene. As we waited for Detectives to arrive on scene, we began to canvass the neighborhood for witnesses and possibly video footage from neighboring businesses. We noticed that a residence (61 Rivet St.) had video surveillance cameras set up. We spoke with the owner who allowed us to view his footage however, the cameras were set up facing his property and did not capture the incident. We then spoke with the daughter who's parents own St. Elias Mini Mart (75 Rivet St.) She provided us with contact information. I attempted to call them hoping to view their surveillance camera, however they did not answer my phone calls. It should be noted, the owners contact information was provided to detectives when they arrived on scene. Finally, Officer Jason Viera was able to view video surveillance footage from Mi Antojo Restaurant at 95 Rivet St. (See Officer Jason Viera's Supplement Report)

While we were at Rivet St. and S. Second St. processing the scene, Police Communications/Dispatch advised us that they had received a call from a victim at Rivet St. and Orchard St. suffering from a gunshot wound to the head. Officer Alexandre and myself immediately made our way to that location while the rest of the units stayed to secure the scene. Unit 20A Lieutenant Paul Dacosta was notified of the situation and responded to the scene. Detective Claudia Sampson along with several members of the New Bedford Detective Division responded to the scene of the shooting.

As we arrived on scene, Marine Unit 2 Officer Shawn Robert was tending to a victim later identified as JOSE SILVA (01/04/1978). Mr. Silva was accompanied by his mother later identified as CIDALIA SILVA (5/04/50). Mr. Silva had a laceration to the back of his head. Mr. Silva informed us that he was attacked at the intersection of Rivet St. and S. Second St. and that during the attack, he was "pistol whipped."

Mr. Silva explained that his mother (Cidalia Silva) picked him up at Fernando's Bar located at 116 County St. Mr. Silva stated that he was sitting in the passenger seat of his mother's vehicle headed north on S. Second St. when his mother came to a complete stop at the stop sign at Rivet St. and S. Second St. Mr. Silva stated that all of a sudden four young black males "came out of no where" and surrounded the car. Mr. Silva stated that the

EX A

```
NARRATIVE FOR OFFICER MATTHEW J RODRIGUES (1C-4000)
Ref: 16-11287-OF

Entered: 09/05/2016 @ 0110        Entry ID: 4000
Modified: 09/05/2016 @ 0707       Modified ID: 4000
Approved: 09/05/2016 @ 0742       Approval ID: 3898
```

males were yelling and screaming "Your from South First Street!" Mr. Silva stated that all of a sudden the males started trying to open the car door and pull him out.

Mr. Silva stated that eventually he was pulled from the vehicle and a physical altercation ensued. Mr. Silva stated that the four males punched him with a closed fist several times in the head, neck and face area. Mr. Silva stated that he fell to the ground and that the suspects started to kick him in the head. Mr. Silva stated that all of a sudden, he felt one of the suspects strike him in the back of the head with a blunt object. Mr. Silva stated that he turned around and saw one of the males holding a firearm and realized he had been "pistol whipped." When asked if Mr. Silva could provide us with a better description of the males, specifically the male with the firearm, Mr. Silva stated that the incident happened so quickly and it was difficult for him to remember at this time. Mr. Silva stated that he was eventually able to break free from the males and retreat back into his mother's vehicle. Mr. Silva stated that he yelled for his mother to drive and as she sped off, one of the suspects fired three shots into their vehicle.

I then examined Ms. Cidalia Silva's vehicle a 2007 Hyundai Elantra color brown MA Registration 744XCW. The rear window was completely shattered. Ms. Silva confirmed her son's account of the story. Ms. Silva stated that four males surrounded her vehicle and pulled her son from the vehicle. Ms. Silva stated that a fight ensued and that her son came running back to the vehicle yelling for her to drive. Ms. Silva stated that as she fled, she heard three "loud bangs." Ms. Silva stated that she continued west on Rivet St. and eventually came to a stop at Orchard St. to call the police.

While we were on scene speaking with Mr. Jose Silva and his mother Ms. Cidalia Silva, Unit 36C Officer Henry Turgeon informed Police Dispatch that he had located a vehicle matching the description provided to us by a witness at Petro Mart located at 171 Coggeshall St. This vehicle was later identified as a 2016 Honda Accord color black MA Registration 4GJ623. (See Officer Henry Turgeon's Supplement Report).

A search of the vehicle as well as it's occupants were conducted. As a result, Officer Stanley Chaberek located a loaded High Point CF380 Firearm Serial # P8003726 with one round of ammunition in the chamber. (See Officer Stanley Chaberek's Supplement Report) It should be noted, all five of the indivudals present inside of the vehicle are under the age of 21, making them ineligible to posess a license to carry.

It should be noted, we attempted to run the firearm serial number through NCIC but we were unable to obtain any information regarding the firearm at this time.

The occupants of the motor vehicle later identified as Cenidy Cohen (05/20/98), Isaiah Matthews (12/18/97), Jacob Matthews-Almeida (04/30/98) and Nyseer Cortes (07/10/98) were transported to Police Headquarters booking until Detectives were able to clear the crime scene to interview the suspects. A fifth suspect Jonathan Manning (11/03/99) was transported directly to St. Luke's Hospital after complaining of difficulty breathing.

The suspects were all booked according to department policy. After Members of the New Bedford Detective Division concluded their interviews, they were transported to Ash St. Jail to await bail.

Mr. Manning was eventually medically cleared from St. Luke's Hospital and transported to Station 2 to under the booking process. Juvenile Probation Officer David Pavao was notified and stated that Mr. Manning was to be held, and to contact a Magistrate to set Bail. I then contacted Clerk Magistrate Pat Walsh who set a cash bail

New Bedford Police Department
NARRATIVE FOR OFFICER MATTHEW J RODRIGUES (1C-4000)
Ref: 16-11287-OF

Entered: 09/05/2016 @ 0110  Entry ID: 4000
Modified: 09/05/2016 @ 0707  Modified ID: 4000
Approved: 09/05/2016 @ 0742  Approval ID: 3898

---

of $20,000.00. We contacted Mr. Manning's mother Melissa Manning who refused to post bail. Lastly, I contacted Brockton Juvenile Detention Center who informed me, that they would take in Mr. Manning until his mother posted bail or until he appears in court on Tuesday.

Respectfully Submitted,

Officer Matthew J. Rodrigues, #4000

New Bedford Police Department
SUPPLEMENTAL NARRATIVE FOR OFFICER JORGE M SANTOS (1C-4002)
Ref: 16-11287-OF

Entered: 09/05/2016 @ 0138
Modified: 09/05/2016 @ 0307
Approved: 09/05/2016 @ 0854

Entry ID: 4002
Modified ID: 4002
Approval ID: 3776

---

Sir,

On September 5, 2016, I, Ofc Santos, was assigned to Unit 31C, along with my partner, Ofc Duclos. At approximately 2348Hrs, Ofc H. Turgeon advised over the radio that he was at the Petro Mart Store store and that he had a visual on a suspect vehicle that was involved in a shooting that occurred in the South End at approximately 2329Hrs.

Communications indicated that a male victim was shot in the head in the area of Rivet Street and Orchard Street and the suspect fled the scene heading North in a Black Sedan bearing a partial plate number of "4GJ."

Ofc H. Turgeon advised that he had visual on a Black Sedan bearing Massachusetts Registration # "4GJ623," Ofc H. Turgeon requested additional Units, he also indicated that there were approximately 5 occupants in the vehicle, Ofc Duclos and I then made our way to the scene.

Upon arrival, I observed Ofc Turgeon standing near a male with braids, this male was later identified as JONATHAN MANNING 11/3/99. I also observed another male standing in front of the sedan along with another male standing near the rear of the vehicle. Ofc Duclos approached the male standing near the right rear of the vehicle, I approached the male who was standing near the front. This male, who was later identified as Isaiah Matthews 12/18/97 then walked over to the drivers side of the vehicle where I approached him. I asked this male to show me his hands several times, I feared that he may be in possession of the firearm that was involved in the above south end incident. ISAIAH placed his hands on the roof of the vehicle and I attempted to conduct a brief pat frisk on him however, I observed Ofc Duclos struggling on the other side of the sedan with the male that he initially approached, this male was later identified as JACOB MATTHEWS-ALMEIDA 4/30/98.

At this time, I walked over to where Ofc Duclos was struggling with JACOB and upon doing so, I observed Ofc Duclos attempting to restrain JACOB against the sedan, JACOBS head struck the rear windshield of the sedan, the windshield then shattered. This male attempted to turn his body around and square with Ofc Duclos several times, At this time, I grabbed JACOB on his right side while Ofc Duclos secured his left side, we both guided JACOB to the ground. Note; while doing so, I observed a male and female seated in the rear of the sedan, both appeared to be fumbling several objects however, I was unable to see because I was struggling with JACOB.

Ofc Duclos and I continued to struggle with JACOB on the ground, we were able to secure one handcuff however, JACOB continued to fight. While fighting JACOB, I observed a pocket knife clipped to JACOBS right pocket. JACOB would not allow Ofc Duclos and I to secure his right wrists in handcuffs, Ofc Duclos struck JACOB in the face with a closed fist, shortly thereafter, we were able to secure both his hands in cuffs. We then stood JACOB up and I at this time, several assisting Units arrived.

JACOB was subsequently searched, I removed the knife from his right pocket. We later identified the remaining male and female as CENIDY COHEN 5/20/98 and NYSEER CORTES 7/10/98. Ofc C. Chaberek removed CENIDY from the vehicle and upon doing so, OFC Chaberek located a firearm in plain view on the right rear floor mat of the Black Sedan. At this time, I placed CENIDY in handcuffs for my safety. NYSEER was also secured in handcuffs. CENIDY was seated in the rear seat of Ofc M. Cassidy's cruiser. NYSEER was seated in Ofc D. Jorge's cruiser. While securing all of the above parties, Ofc Duclos complained of severe pain to his hand, I observed his hand to be swollen and bruised, Ofc Duclos was subsequently transported to St Lukes

Ex B

New Bedford Police Department
SUPPLEMENTAL NARRATIVE FOR OFFICER JORGE M SANTOS (1C-4002)
Ref: 16-11287-OF

Page: 2

Entered: 09/05/2016 @ 0138
Modified: 09/05/2016 @ 0307
Approved: 09/05/2016 @ 0854

Entry ID: 4002
Modified ID: 4002
Approval ID: 3776

Hospital to receive treatment for his injury.

Upon securing the scene, Unit 30 Sgt Pavao arrived on scene and requested that all of the above adult parties be transported to our Headquarters Booking Facility. We then transported all of the above parties to Booking, MANNING requested medical attention and was transported to St Lukes Hospital via medics.

While in booking, JACOB became extremely belligerent, I seated him in the O.U.I room until Detectives arrival. At one point, JACOB stood up and stated that he wanted me to remove his handcuffs to fight him, he stated several times, "LETS BANG." I attempted to sit JACOB back down however he resisted. I then walked JACOB over to our booking bench do to his tumultuous behavior. JACOB continued to shout and was verbally abusive. Booking Sgt Taveira and I then attempted to secure both of JACOBS hands to the bench due to his agressive behavior. JACOB continued to fight with us and I was forced to restrain him. JACOB then began spitting in the booking room, he calmed down shortly after. The undersigned then cleared booking.

Respectfully Submitted,
Ofc Jorge M Santos #4002

New Bedford Police Department
SUPPLEMENTAL NARRATIVE FOR OFFICER DANIEL J DUCLOS (1C-4029)
Ref: 16-11287-OF

Entered: 09/05/2016 @ 0457    Entry ID: 4029
Modified: 09/05/2016 @ 0530   Modified ID: 4029
Approved: 09/05/2016 @ 0854   Approval ID: 3776

While assigned to Unit 31 along with Officer J. Santos, we responded to Petromart to assist Officer H. Turgeon, who was about to stop a vehicle that had been involved minutes earlier in a shooting in the south end. Communications had broadcasted that a male had been shot in the head as a result of that shooting.

I observed 3 males outside of the vehicle and two occupants seated in the rear of the vehicle. I approached a male later identified as Jacob Matthews-Almeida, and ordered him to place his hands on the trunk of the vehicle. He would not comply and I forcibly placed him against the vehicle to limit his movement, as I feared he may have been in possession of a firearm.

Jacob began yelling and swearing and attempted to push against me, away from the vehicle. Officer Turgeon and Officer Santos were attempting to detain other males and I felt that for Officer safety Jacob needed to be secured so that I could assess the possible threat from the additional two occupants of the vehicle that were seated in close proximity to me, with the rear passenger door wide open.

I told Jacob he was being handcuffed and ordered him to place his hands behind his back. He refused, continued to tense his body and attempt to push back toward me away from the vehicle. (Refer to Use of Force Report) Jacob was placed in custody without futher incident. Shortly afterward I began to feel severe pain and swelling in my left hand. I recieved medical attention at St. Luke's and was diagnosed with a broken hand.

Respectfully Submitted,
Officer Daniel Duclos #4029

New Bedford Police Department
USE OF FORCE FOR OFFICER DANIEL J DUCLOS (1C-4029)
Ref: 16-11287-OF

Entered: 09/05/2016 @ 0524
Modified: 09/05/2016 @ 0555
Approved: 09/05/2016 @ 0854

Entry ID: 4029
Modified ID: 4029
Approval ID: 3776

## USE OF FORCE REPORT

This male had tightened the muscles in his upper torso and was actively resisting my efforts to place him in handcuffs. I was able to secure his left arm, place it behind his back, and managed to cuff his left wrist. At that point, while continuing to loudly yell, he used his right arm to push off the vehicle towards me, and spun 180 degrees. This male was now facing me, and was being very hostile and aggressive. At this point of the altercation I did believe that this male was about to assault me and I drove my forearm against his chest and drove him against the car in between the open rear door and trunk. As his body made contact with the vehicle his head swung backwards and struck the rear windshield, shattering it. I lost contact with the male as he slid into the back seat of the vehicle, and I had no control over either arm. He immediately brought both hands up to by his face in what I perceived as a fighting position and I perceived that I was about to be punched. I then punched the male with a closed fist in the face. This strike did have the desired affect and at that time, Officer Santos came to my assistance and we both directed Jacob to a prone position on the ground.

With the assistance of Officer Santos, I de-escalated my perception of Jacob's actions to actively resistant and he was eventually handcuffed and then placed in the rear of Unit 31.

EX. C

02-28-'17 15:40 FROM- T-134 P0004/0010 F-714

## Consolidated Monthly Treatment Plan

| Last Name: | First Name: | MI: | DOB: 04/30/1998 |
| --- | --- | --- | --- |
| Matthews-Almeida | Jacob | | MID: 501835 |

### Community Access
Notes for This Topic: Client is not pass eligible at this time.

### Behavior Management
Notes for This Topic: Client is currently on phase 1 of the BMS. Client can struggle at times with limit setting, but has not had any major behavioral concerns other than the restraint last month. Client's difficulties with limit setting are present when client disagrees with the directive. These difficulties do not occur frequently in daily programming.

### Educational/Vocational
Notes for This Topic: Client is on the HiSET track. Client can struggle to fully participate in school at times. While he does attend school, he does not always actively engage in the class room activities. He has increase some of his participation in the classroom setting over the past month.

### Health Services
Notes for This Topic: Client receives regular medical care.

### Residential
Notes for This Topic: Client is on the same unit as his cousin and co-defendant. Client often appears quiet with peers but seems to get along fairly well with others. Client has shown an increase in program engagement over the past month.

### Psychiatric
Notes for This Topic: Client was recently seen by Dr. Turley to assess for medication. Client was prescribed mirtazapine to help with regulating sleep patterns.

### Dental
Notes for This Topic: Client receives regular dental care.

Ex D

02-28-'17 15:40 FROM-  T-134 P0005/0010 F-714

## Consolidated Monthly Treatment Plan

| Last Name: | First Name: | MI: | DOB: 04/30/1998 |
|---|---|---|---|
| Matthews-Almelda | Jacob |  | MID: 501835 |

**Sexual Offending**
Narrative
Long Term Goals
Short Term Goals
Progress
Interventions

Meeting Notes for This Topic:

**Fire Setting**
Narrative
Long Term Goals
Short Term Goals
Progress
Interventions

Meeting Notes for This Topic:

Page 5 of 9   Form CL71T20130623   02/27/2017 06:31 PM


Ex. D

## Consolidated Monthly Treatment Plan

| Last Name: | First Name: | MI: | DOB: 04/30/1998 |
|---|---|---|---|
| Matthews-Almeida | Jacob | | MID: 501835 |

### Community Access
Notes for This Topic: Client recently became pass eligible. Passes are currently on hold because of his involvement in the group disturbance.

### Behavior Management
Notes for This Topic: Client is currently on phase 2 of the BMS. Client was recently involved in an altercation with a peer, where he and several other residents jumped another peer. Client can struggle at times with limit setting. Client's difficulties with limit setting are present when client disagrees with the directive. These difficulties do not occur frequently in daily programming. Client was also previously found with a cell phone on the unit.

### Educational/Vocational
Notes for This Topic: Client is on the HiSET track. Client can struggle to fully participate in school at times. While he does attend school, he does not always actively engage in the class room activities. He has increase some of his participation in the classroom setting. Client has increased his ability to appropriately advocate for support in school setting.

### Health Services
Notes for This Topic: Client receives regular medical care.

### Residential
Notes for This Topic: Client is on the same unit as his cousin and co-defendant. Client often appears quiet with peers but seems to get along fairly well with others. Client has shown an increase in program engagement. Client has voiced that being on the same unit with his cousin can be challenging. Client was found with a cell phone last month and was involved in an altercation this month.

### Psychiatric
Notes for This Topic: Client was prescribed mirtazapine to help with regulating sleep patterns.

### Dental
Notes for This Topic: Client receives regular dental care.

04-20-'17 09:53 FROM-                                                                                       T-210  P0005/0008  F-849

## Consolidated Monthly Treatment Plan

| Last Name: | First Name: | MI: | DOB: 04/30/1998 |
|---|---|---|---|
| Matthews-Almeida | Jacob |  | MID: 501835 |

### Delinquent Behavior

Narrative Client can struggle with pro criminal thinking and blaming others, at times. Client often presents as willful and struggles to recognize the impact his behaviors/decisions can have. client has made some progress in areas around criminal thinking and challenging thinking patterns, but regressed slightly after his involvement in an altercation with a peer. Client will increase his pro-social behaviors and his ability to take responsibility for his actions. Client will decrease his pro criminal attitudes and blaming of others. Client will increase his ability to recognize his thinking errors and learn to challenge those thoughts. Client has actively rejected help during his initial time at Goss 1, but has increased his engagement. Client will continue to increase his ability to ask for help and effectively communicate with others. Client will increase his ability to comply with rules and understand empathy as it is related to following expectations. Client will continue to work on compliance with rules and responses to disrespect, as this tends to be a trigger for client.

**Long Term Goals**
1) Demonstrate increased honesty, compliance with rules, sensitivity to the feelings and rights of others, control over impulses and acceptance of responsibility for behaviors.

**Short Term Goals**                                                                **Progress**
1) Identify and verbalize how negative behaviors affect others.          1) Not met, continue
2) Recognize and verbalize how feelings are connected to behaviors.      2) Not met, continue
3) Increase verbalizations of empathy and concern for other people.        3) Not met, continue

**Interventions**
1) Individual therapy
2) DBT Group

**Meeting Notes for This Topic:**
Discussed treatment goals related to ego and high risk situations.

### Anger Management

Narrative Client has identified some trigger for anger and has initially verbalized that anger is a concern for him. Client will increase his ability to manage his emotions and regulate his responses. Client will further identify coping skills and utilize supports to address frustrations. Client will increase his ability to appropriately communication with others when frustrated. Client will learn to challenges his own thinking patterns around his anger and willfulness. Client has engaged in discussions around challenging thinking patterns and addressing thinking errors that often lead to angry outbursts. Client's reactivity is fairly limited and does not occur often. Client can become reactive when an authority figures makes a decision he does not agree with. Client was also recently involved in an altercation with a peer. Client will continue to work on responses to disrespect, as this tends to be a trigger for client. Client will learn to increase tolerance of frustration and manage challenge thinking errors that influence his decisions.

**Long Term Goals**
1) Express anger through appropriate verbalizations and healthy physical outlets.

**Short Term Goals**                                                                 **Progress**
1) Learn skills to regulate emotions                                        1) Not met, continue
2) Reduce the frequency and intensity of angry verbal outbursts when frustrated or stressed.    2) Not met, continue

**Interventions**
1) Individual Therapy
2) DBT groups

**Meeting Notes for This Topic:**
Discussed recent altercation

## Consolidated Monthly Treatment Plan

| Last Name: | First Name: | MI: | DOB: 04/30/1998 |
|---|---|---|---|
| Matthews-Almeida | Jacob | | MID: 501835 |

### Community Access
Notes for This Topic: Client recently became pass eligible. Passes are currently on hold because of his involvement in the group disturbance.

### Behavior Management
Notes for This Topic: Client is currently on phase 2 of the BMS. Client was recently involved in an altercation with a peer, where he and several other residents jumped another peer. Client can struggle at times with limit setting. Client's difficulties with limit setting are present when client disagrees with the directive. These difficulties do not occur frequently in daily programming. Client was also previously found with a cell phone on the unit.

### Educational/Vocational
Notes for This Topic: Client is on the HiSET track. Client can struggle to fully participate in school at times. While he does attend school, he does not always actively engage in the class room activities. He has increase some of his participation in the classroom setting. Client has increased his ability to appropriately advocate for support in school setting.

### Health Services
Notes for This Topic: Client receives regular medical care.

### Residential
Notes for This Topic: Client is on the same unit as his cousin and co-defendant. Client often appears quiet with peers but seems to get along fairly well with others. Client has shown an increase in program engagement. Client has voiced that being on the same unit with his cousin can be challenging. Client was found with a cell phone last month and was involved in an altercation this month.

### Psychiatric
Notes for This Topic: Client was prescribed mirtazapine to help with regulating sleep patterns.

### Dental
Notes for This Topic: Client receives regular dental care.

04-20-'17 09:56 FROM-                  T-210   P0005/0009  F-850

## Consolidated Monthly Treatment Plan

| Last Name: | First Name: | MI: | DOB: 04/30/1998 |
|---|---|---|---|
| Matthews-Almeida | Jacob | | MID: 501835 |

**Sexual Offending**
Narrative n/a
Long Term Goals
Short Term Goals
Progress
Interventions

Meeting Notes for This Topic:

**Fire Setting**
Narrative n/a
Long Term Goals
Short Term Goals
Progress
Interventions

Meeting Notes for This Topic:

05-15-'17 19:10 FROM-                                            T-262  P0004/0009  F-930

## Consolidated Monthly Treatment Plan

| Last Name: | First Name: | MI: | DOB: 04/30/1998 |
|---|---|---|---|
| Matthews-Almeida | Jacob | | MID: 501835 |

**Community Access**
Notes for This Topic: Client recently became pass eligible. Passes are currently on hold because of his involvement in the group disturbance.

**Behavior Management**
Notes for This Topic: Client is currently on phase 2 of the BMS. Client was involved in an altercation with a peer last month. Client can struggle at times with limit setting. Client's difficulties with limit setting are present when client disagrees with the directive. These difficulties do not occur frequently in daily programming. Client was also previously found with a cell phone on the unit. Client overall, appears fairly positive when interacting with staff.

**Educational/Vocational**
Notes for This Topic: Client is on the HISET track. Client can struggle to fully participate in school at times. While he does attend school, he does not always actively engage in the class room activities. He has increase some of his participation in the classroom setting. Client has increased his ability to appropriately advocate for support in school setting. Client recently took his HiSet, but did not pass two of the exams. Client has increased his support seeking around this and is actively asking for help from others.

**Health Services**
Notes for This Topic: Client receives regular medical care.

**Residential**
Notes for This Topic: Client is on the same unit as his cousin and co-defendant. Client often appears quiet with peers but seems to get along fairly well with others. Client has shown an increase in program engagement. Client has voiced that being on the same unit with his cousin can be challenging. Client was previously found with a cell phone and was involved in an altercation last month. Since then, client has mediated with the peer and engaged positively with others.

**Psychiatric**
Notes for This Topic: Client was prescribed mirtazapine to help with regulating sleep patterns.

**Dental**
Notes for This Topic: Client receives regular dental care.

## Consolidated Monthly Treatment Plan

| Last Name: | First Name: | MI: | DOB: 04/30/1998 |
|---|---|---|---|
| Matthews-Almeida | Jacob | | MID: 501835 |

**Social Services**
Narrative n/a
Long Term Goals
Short Term Goals
Progress
Interventions

Meeting Notes for This Topic:

**Substance Abuse**
Narrative Client has continued to show an increase in clinical engagement since his initial transition to Gose, and need further support to fully engage in discussions around substance use. Client will increase his discussions of substance use and the impact it has on the community. Client will address areas of improvement and work on identifying his own struggles. Client will increase his ability to ask for help and develop supports. Client will identify pscyho educational information around substances and work towards identifying triggers. Client will continue to engage in discussions around community planning based on substance use.
Long Term Goals
1) Learn skills to regulate emotions that lead to substance abuse
2) Break ties with peers who use substances and develop new friendships with those who will support and encourage sobriety
Short Term Goals
1) Learn what behaviors and external cues trigger compulsion to use
2) Acknowledge negative consequences of substance use
Progress
1) Not met, continue
2) Not met, continue
Interventions
   1) Individual Therapy
   2) Substance Abuse Treatment Group

Meeting Notes for This Topic:

FILED
IN CLERKS OFFICE

2020 JAN 23 PM 2: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

January 12, 2020

U.S District Court
Clerk's office
1 Courthouse Way Suite 2300
Boston Ma 02210
Re: Complaint

Please find enclosed for filing in this matter:

1. Civil action cover sheet

2. Verified Complaint; and exhibits A-D

3. Motion to Waive filing fee and to proceed informa pauperis six month printout and affidavit of indigency attached;

4. Motion to make service by U.S. Marshall office;

Thank you for your attention in this matter.

Sincerely

*/s/ JMA*

*/s/ JMA*